

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

January 9, 2017

Indiana Southern District Court
Laura A. Briggs, Clerk of Court
Birch Bayh Federal Building and
United States Courthouse
46 East Ohio Street, Room 105
Indianapolis, IN 46204

Re: Toure et al v. Navient Solutions, Inc.

USDC Case Number: 1:16-cv-08279

Dear Clerk:

Pursuant to the order entered by Honorable John Z. Lee, on January 9, 2017, the above record was

☒  electronically transmitted to the USDC, Southern District of Indiana

                                                         Sincerely,
                                                         Thomas G. Bruton, Clerk

                                                         By:   /s/ Melissa Rivera
                                                                Deputy Clerk

New Case No. _____       Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016